IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05 – 74 - UNA |
| DARNELL C. LLOYD, | : |
| Defendant. | : REDACTED |

### INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT I

On or about July 14, 2005, in the State and District of Delaware, the defendant herein, DARNELL C. LLOYD, did knowingly possess with the intent to distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

### COUNT II

On or about July 14, 2005, in the State and District of Delaware, the defendant herein, DARNELL C. LLOYD, did knowingly possess with the intent to distribute mixtures and

///

FILED

JUL 26 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

substances containing a detectable amount of heroin, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

                                                     A TRUE BILL:

                                                     _____
                                                     Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____      Dated: July 26, 2005
     Adam Safwat
     Assistant United States Attorney