IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff, : | |
| : | Criminal Action No. 05-74 |
| v. : | |
| DARNELL C. LLOYD, : | |
| Defendant. : | |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Your Petitioner, the United States of America, by its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney for the District of Delaware, respectfully states:

1. The defendant, Darnell C. Lloyd, was indicted on federal narcotics charges on July 26, 2005, and a bench warrant was issued for his arrest by this Court on the same day. The defendant is in the custody of the State of Delaware, but his charges have been nolle prossed by the State. Despite the existence of a federal detainer, state authorities still have not transferred the defendant to the custody of the U.S. Marshal. To date, the defendant has not had an initial appearance.

2. The defendant is incarcerated by Delaware state authorities in the Howard R. Young Correctional Institution, Delaware.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue

a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden of the Howard R. Young Correctional Institution, to bring said defendant, Darnell C. Lloyd, before the Court on <u>August 18, 2005</u>, or at a date shortly thereafter as may be convenient to the Court, for his initial appearance, and to keep said defendant in the custody of the United States Marshal for the District of Delaware until the conclusion of his federal proceedings.

    Respectfully submitted,

    COLM F. CONNOLLY
    United States Attorney

    By: /s/ Adam Safwat
        Adam Safwat
        Assistant United States Attorney

Dated: August 8, 2005

**IT IS SO ORDERED** this _____ day of _____, 2005.

    Honorable Mary Pat Thynge
    United States Magistrate Judge
    District of Delaware