IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v.  DARNELL  LLOYD           CASE NO. CR 05-74-JJF

The defendant, DARNELL LLOYD , having been scheduled for arraignment on  AUGUST 26, 2005

a continuance having been requested by  DEFENSE COUNSEL

for the following reasons:  SCHEDULING PURPOSES

and the Court, having considered the request, finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued to  SEPTEMBER 8, 2005

(2) The period between AUG. 26, 2005  and  SEPTEMBER 8, 2005

shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 9/7/05

FILED
SEP 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE