UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-74-JJF |
| | : | |
| Darnell C. Lloyd | : | |
| | : | |
| | : | |
| Defendant. | : | |

## SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Penny Marshall, Esquire as attorney of record and enter the appearance of Christopher Koyste, Esquire as attorney on behalf of Defendant, Darnell C. Lloyd, in the above-captioned matter.

        /s/
PENNY MARSHALL, ESQUIRE


        /s/
CHRISTOPHER KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801
Attorney for Defendant

DATED: September 16, 2005

**CERTIFICATE OF SERVICE**

The undersigned attorney for defendant hereby certifies that two (2) copies of the attached Substitution of Counsel and Entry of Appearance were hand delivered to the box designated in the Clerk's Office to:

Adam Safwat
Assistant United States Attorney
1007 Orange Street, Ste. 700
P.O. Box 2046
Wilmington, DE 19899-2046


       /s/
CHRISTOPHER KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801
Attorney for Defendant
Darnell C. Lloyd

DATED:  September 16, 2005