UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-074-JJF |
| DARNELL C. LLOYD, | : | |
| Defendant, | : | |

## MOTION FOR CONTINUANCE OF SENTENCING HEARING

Defendant, Darnell Lloyd, by and through his undersigned counsel, Christopher S. Koyste, hereby moves the Court for an order continuing the March 8, 2006 sentencing hearing to April 13, 2006 at 9:30 a.m. Counsel submits the following in support thereof:

1. Sentencing in this action is currently scheduled for March 8, 2006. The Defense seeks a continuance to fully address all sentencing issues in this action.

2. AUSA Ferris Wharton does not oppose this request for rescheduling of the sentencing hearing.

WHEREFORE, Mr. Lloyd respectfully requests the Court to continue the sentencing hearing to April 13, 2006 at 9:30 a.m.

    /s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010
Email: ecf_ck@msn.com
Attorney for Defendant Darnell Llyod

DATED: February 21, 2006

## **CERTIFICATE OF SERVICE**

Undersigned counsel certifies that his Motion for Continuance of Sentencing Hearing is available for public viewing and downloading and was electronically delivered on February 21, 2006 to:

Ferris Wharton, AUSA
United States Attorney's Office
1007 Orange Street, Suite 700
Wilmington, Delaware 19801

   /s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, AFPD
Federal Public Defender's Office
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010
Email: ecf_ck@msn.com
Attorney for Defendant Darnell Llyod