UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-074-JJF |
| | : | |
| DARNELL C. LLOYD, | : | |
| | : | |
| Defendant, | : | |

**ORDER**

In response to the Defense's Motion For Continuance of Sentencing Hearing, this Court hereby Orders on this _____ day of February, 2005, that Defendant Lloyd's sentencing hearing is continued to April 13, 2006 at 9:30 a.m.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge