UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-074-JJF |
| | : | |
| DARNELL C. LLOYD, | : | |
| | : | |
| Defendant, | : | |

### ORDER

In response to the Defense's Motion For Continuance of Sentencing Hearing, this Court hereby Orders on this 24 day of February, 2005, that Defendant Lloyd's sentencing hearing is continued to April 13, 2006 at 9:30 a.m.

The Honorable Joseph J. Farnan, Jr.
United States District Court Judge