AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

DARNELL C. LLOYD

**WARRANT FOR ARREST**

Case Number: CR 05-74-~~DNA~~ JJF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DARNELL C. LLOYD _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complain  ☐ Order of court    Violation    Probation Violation Petition

charging him or her    (brief description of offense)

POSSESSION WITH THE INTENT TO DISTRIBUTE FIVE GRAMS OR MORE OF COCAINE BASE;
POSSESSION WITH INTENT TO DISTRIBUTE HEROIN

in violation of _____ 21 _____ United States Code, Section(s) _____ 841(a)(1) and (b)(1)(B) _____

Peter T. Dalleo
Name of Issuing Officer

BY: [signature] Deputy Clerk
Signature of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

7/27/ 2005 in Wilmington, DE
Date and Location

Bail fixed at $ _____ by _____

Name of Judicial Officer

FILED
MAR 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

Darnell Lloyd

| DATE RECEIVED 7-27-05 | NAME AND TITLE OF ARRESTING OFFICER William Dunn, DUSM | SIGNATURE OF ARRESTING OFFICER William Dunn |
|---|---|---|
| DATE OF ARREST 8-18-05 | | |