IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE

---

Motion under Title 18 U.S.C. § 3582 (c)(2), and U.S. Sentencing Guidelines § 1b1.10 (c) for Reduction of Sentence Based on 2007 Guideline Amendment Nine. Which Became Effective on November 1, 2007, and Caused a Two-Level Reduction In The Base Offense Level For Cocaine Base.

---

Darnell Lloyd,
    Petitioner,

Vs.                                  Criminal Case No. 1:05cr00074-001 (JJF)

United States of America,
        Defendant.

---

    COMES NOW, the Petitioner, Darnell Lloyd, acting on his own behalf, and Pro per, does hereby REQUEST this Honorable Court to use it's discretion, and GRANT him the relief provided in the 2007 Guideline Amendment Nine. Amendment Nine modified the drug quantity thresholds in the drug quantity table to assign, for crack cocaine (cocaine base) offenses, base offense levels corresponding to guideline ranges that include the statutory minimum penalties.

    Accordingly, pursuant to the amendment, 5 grams of cocaine base are assigned a base offense level of 24 (51 to 63 months at Criminal History Category of 1, which includes the five-year ((60 month)) statutory minimum for such offenses). and 50 grams of cocaine base are assigned a base level of 30 (97 to 121 months at Criminal History Category of 1, which includes the 10-year ((120 month)) statutory minimum for such offense. The base offense levels for 5 grams to 50 grams of of cocaine base were levels 26 and 32 respectively, before Amendment Nine. Cocaine base offenses for quantities above, and below the threshold quantities similarly are adjusted downward two levels.

    Based on the following information, Petitioner qualifies for the two level reduction in his sentence, and REQUESTS that relief be GRANTED.



FILED

JAN 7 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.  Date of conviction; December 6,2005
2.  Date of sentencing; April 13,2006
3.  Did cocaine base alone cause your base offense level to be greater than level 12?? YES
4.  List the level that your sentence was based and the count related to that level.
    Level 26 for counts one, and two
5.  What was your Criminal History Category?? IV
6.  What was your sentencing range and sentence before Amendment Nine??
    My sentencing range was 70 to 87 months , I received a sentence of 70 months for counts one and two.
7.  What is your offense level and sentencing range after the two-level reduction based on Amendment Nine? 21 Sentencing Range 57 to 71 months for counts one and two.
8.  Petitioner's projected release date at this time is; August 14, 2010.

Signed on this 1st day of January, 2008.
Pursuant to Title 18 U.S.C. § 1746.
Under the Penalty of Perjury.

Signature of petitioner *Darnell C Lloyd*
Typed Name of Petitioner Darnell Lloyd
Federal Register Number 05029-015
Address of Petitioner P.O. Box 1000
Butner, North Carolina 27509-1000

DARNELL, Lloyd    05029-015
Name:    Number:
Federal Correctional Institution
P.O. Box 1000
Butner, NC 27509

*** LEGAL MAIL ***

United States District Court, CLERK
844 King Street
Wilmington, DE 19801

