AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Darnell C. Lloyd | ) | Case No: 1:05CR00074-001(JJF) |
| | ) | USM No: 05029-015 |
| Date of Previous Judgment: April 13, 2006 | ) | Edson Bostic |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

IT IS ORDERED that the motion is:
  ☐ DENIED.  X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   70   months is reduced to   60 months   .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level:    23            Amended Offense Level:    21
Criminal History Category: IV            Criminal History Category: IV
Previous Guideline Range:  70 to 87 months   Amended Guideline Range:  60 to 71 months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
X The reduced sentence is within the amended guideline range.

  Other (explain):  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure and the reduced sentence is comparably less than the amended guideline range.

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   4/13/2006   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  April 23, 2008                       /s/ Joseph J. Farnan
                                                   Judge's signature

Effective Date: _____            U.S. District Judge Joseph J. Farnan, Jr.
              (if different from order date)                 Printed name and title